# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0814

_____

MARK A. BROWNE,

    Petitioner,

v.

HOLLY BLANTON alias Blanton-
Browne,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

July 25, 2018

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark A. Browne, pro se, Petitioner.

No appearance for Respondent.